**Appeal Dismissed and Memorandum Opinion filed April 25, 2023.**



In The

# Fourteenth Court of Appeals

### NO. 14-23-00065-CV

## TIFFANY FLOYD, Appellant

## V.

## ZIFEI YANG, Appellee

**On Appeal from the County Court at Law No. 6**
**Fort Bend County, Texas**
**Trial Court Cause No. 22-CCV-071874**

## MEMORANDUM OPINION

This appeal is from a judgment signed January 17, 2023. The notice of appeal was filed February 1, 2023. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.[1]

---

[1] Although appellant's notice of appeal states without elaborating that she "is indigent and would like to proceed without paying court cost[s]," this is not sufficient to excuse appellant from paying court costs. *See* Tex. R. Civ. P. 145(b) ("A party who cannot afford payment of court costs

On March 7, 2023, notification was transmitted to appellant that the appeal was subject to dismissal without further notice unless, within fifteen days, appellant made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). No response was filed to that notice.

On March 28, 2023, appellant was ordered to demonstrate she had made arrangements to pay for the clerk's record on or before April 7, 2023. In the order, the court notified appellant that failure to comply with either of those requirements would leave the appeal subject to dismissal without further notice for want of prosecution. Appellant has not filed any response demonstrating she has made arrangements to pay for the record. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Wilson.

---

must file the Statement of Inability to Afford Payment of Court Costs approved by the Supreme Court or another sworn document containing the same information.").